```
UNITED STATES DISTRICT COURT
  SOUTHERN DISTRICT OF INDIANA
```

| | |
|---|---|
| JACQUE JOHNSON, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )    No. 1:11-cv-603-SEB-DKL |
| | ) |
| ALAN FINNAN, | ) |
| | ) |
|     Respondent. | ) |

### Entry Discussing Petition for Writ of Habeas Corpus

    The writ Jacque Johnson seeks in relation to the prison disciplinary proceeding identified as No. ISR 10-09-0215, in which it was determined that Johnson had violated prison rules through his possession of an electronic device, can be issued only if the court finds that he "is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). Because Johnson has not made such a showing, his petition for a writ of habeas corpus must be **denied.** The reason for this disposition is that the pleadings and the expanded record show that (1) the procedural protections required by *Wolff v. McDonnell,* 418 U.S. 539 (1974), were provided, (2) there was at least "some evidence" to support the decision of the hearing officer as required by *Superintendent of Walpole v. Hill,* 472 U.S. 445 (1985); *Webb v. Anderson,* 224 F.3d 649, 652 (7th Cir. 2000) (even "meager" proof is sufficient), and (3) the proceedings were not otherwise tainted by prejudicial error.

    "The touchstone of due process is protection of the individual against arbitrary action of the government." *Wolff,* 418 U.S. at 558. There was no arbitrary action in any aspect of the charge, disciplinary proceedings, or sanctions involved in the events identified in this action, and there was no constitutional infirmity in the proceeding which entitles Johnson to the relief he seeks. Accordingly, Johnson's petition for a writ of habeas corpus must be **denied** and the action dismissed. Judgment consistent with this Entry shall now issue.

    **IT IS SO ORDERED.**

Date: 05/30/2012

    *[signature: Sarah Evans Barker]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jacques Johnson
#988582
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN   46064-9001

All Electronically Registered Counsel